**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| ROBERT PROPST, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:26-cv-00655 |
| | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENDANT'S MOTION TO DISMISS

Defendant Wells Fargo Bank, N.A.[1] ("Wells Fargo" or "Defendant"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves the Court to dismiss Plaintiff Robert Propst's Complaint (ECF 1, Complaint) in its entirety because it fails to state a claim upon which relief can be granted. In support of this Motion, Wells Fargo states the following:

1. Propst retired from Wells Fargo in August 2023 after more than 38 years with the company and its predecessors. He now characterizes that retirement as a constructive discharge and asserts three claims: wrongful discharge in violation of North Carolina public policy (Count I); associational race discrimination and retaliation under 42 U.S.C. § 1981 (Count II); and negligent retention and supervision (Count III).

2. Count I fails as a matter of law. Propst does not allege that Wells Fargo terminated his employment; he alleges that he retired. North Carolina does not recognize a claim for wrongful discharge in violation of public policy premised on a constructive discharge. Independently, the

[1] Plaintiff named Wells Fargo & Company as the defendant in this action. Wells Fargo & Company is not the proper defendant. Wells Fargo Bank, N.A. employed Propst.

North Carolina Equal Employment Practices Act, N.C. Gen. Stat. § 143-422.2, does not support a public-policy claim for retaliation. Count I should be dismissed with prejudice.

3. Count II fails because Propst has not plausibly alleged an adverse employment action under either § 1981 theory. A single mid-year performance rating that did not reduce his compensation, title, responsibilities, or benefits is not actionable, and the conditions Propst describes were not so objectively intolerable as to convert his retirement into a constructive discharge. Count II also fails because the Complaint does not plausibly allege that race was the but-for cause of any challenged action.

4. Count III fails because Propst has not alleged a predicate common law tort. Alleged discrimination and retaliation cannot supply one, and labeling his supervisor's conduct "tortious interference" does not plead the elements of that tort. Count III fails for the further reason that the Complaint pleads no facts showing that Wells Fargo knew or should have known of the supervisor's alleged unfitness before the conduct at issue.

5. The grounds for this Motion are set forth more fully in Defendant's Memorandum in Support of its Motion to Dismiss, filed contemporaneously herewith and incorporated by reference.

**WHEREFORE**, Wells Fargo respectfully requests that the Court grant this Motion, dismiss Plaintiff's Complaint in its entirety and grant such other and further relief as the Court deems just and proper.

**Dated: October 9 2026**

Respectfully submitted,

*/s/ Mary Grace Miller*
Mary Grace Miller (NC Bar No. 57395)
Lawrence D. Hilton (NC Bar No. 64966)
Fisher & Phillips, LLP
227 West Trade Street, Suite 2020

Charlotte, North Carolina 28202
Telephone: (704) 778-4191
Email: mgmiller@fisherphillips.com
Email: lhilton@fisherphillips.com

**ATTORNEYS FOR DEFENDANT**

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| ROBERT PROPST, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:26-cv-00655 |
| | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on October 9, 2026, this **DEFENDANT'S MOTION TO DISMISS** was served via the court's electronic filing system.

This the 9th day of October 2026.

Respectfully submitted,

/s/ *Mary Grace Miller*
Mary Grace Miller
**FISHER & PHILLIPS LLP**